**DISMISS and Opinion Filed July 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00668-CV

**GREG BANKS AND NICKEL REAL ESTATE, INC.
D/B/A NICKEL PROPERTY, INC., Appellants**

**V.**

**CHARLES KIM AND JIN KIM, Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-00970**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Francis

Before the Court are the motions to dismiss filed by appellants. Each appellant moves for

voluntary dismissal of the appeal. We grant appellants' motions and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

160668F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GREG BANKS AND NICKEL REAL
ESTATE, INC. D/B/A NICKEL
PROPERTY, INC., Appellants

No. 05-16-00668-CV     V.

CHARLES KIM AND JIN KIM, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-00970.
Opinion delivered by Justice Francis.
Justices Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees CHARLES KIM AND JIN KIM recover their costs of this appeal from appellants GREG BANKS AND NICKEL REAL ESTATE, INC. D/B/A NICKEL PROPERTY, INC.

Judgment entered July 5, 2016.